**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VOLODYMYR SEMENOV,
Petitioner,

v.

JAMES JANECKA, et al.,
Respondents.

Case No. 5:26-cv-06761-JFW-SK

**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**

A File No. 216-474-958

Respondents are ordered to show cause by **5 PM PT on Wednesday, November 18, 2026**, why the petition for a writ of habeas corpus under 28 U.S.C. § 2241 filed by petitioner Volodymyr Semenov on November 11, 2026 should not be granted. If no answer to the petition or other timely response to the show-cause order is filed by that deadline, the petition will be deemed unopposed and recommended for granting with release on reasonable conditions of pre-removal supervision.

In the meantime, if petitioner wishes to elect consent under 28 U.S.C. § 636(c) in the interests of the just, speedy, and inexpensive determination of this action, he may execute and return the attached notice of consent as soon as possible. There are no adverse substantive consequences for declining consent. *See* Fed. R. Civ. P. 72(b)(2).

IT IS SO ORDERED.

DATED: November 17, 2026

STEVE KIM
United States Magistrate Judge

Attachment: Form CV 11-E

cc: dale_ogden@fd.org
daniel.beck@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Volodymyr Semenov

*Petitioner*

James Janecka, et al.

*Respondent(s)*

Case No. 5:26-cv-06761-JFW-SK

**CONSENT TO UNITED STATES MAGISTRATE JUDGE-28 U.S.C. § 636**

## I. NOTICE OF MAGISTRATE JUDGE'S AVAILABILITY

1. Under the Court's rules, habeas cases are ordinarily assigned to a district judge and referred to a magistrate judge. For any final ruling in the case, the assigned magistrate judge prepares a "Report and Recommendation" for the district judge to review. After reviewing the "Report and Recommendation," the district judge will make a final ruling.
2. A magistrate judge is available under 28 U.S.C. § 636 (c) to conduct all proceedings in this case, including a final ruling on your claims. However, a magistrate judge can handle all matters in the case if all parties voluntarily consent.
3. The Court encourages parties to consent to magistrate judge jurisdiction. Consent allows the case to proceed before a single judicial officer and avoids the delay associated with the preparation and review of a "Report and Recommendation."
4. However, consent is entirely voluntarily and you are free to withhold consent to magistrate judge jurisdiction. There is no penalty for declining consent.
5. If both parties consent to have a magistrate judge decide the case, the Court will determine whether to assign the case to a magistrate judge for all purposes. If the case is so assigned, the case will proceed only before the magistrate judge. Either party may appeal the magistrate judge's rulings directly to the Ninth Circuit Court of Appeals, as if a district judge had decided the matter.
6. If both parties do not consent to have a magistrate judge decide the case, the case will be assigned to a district court judge and referred to a magistrate judge.

## II. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

☐ **I consent and agree the case can be assigned only to a Magistrate Judge**

☐ **I do not consent that the case can be assigned only to a Magistrate Judge**

Executed on: ______________

*Date*

______________________________

*Signature of Petitioner/Counsel*