**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

VOLODYMYR SEMENOV,
Petitioner,
v.
THOMAS P. GILES, et al.,
Respondents.

Case No. 5:26-cv-06761-SK

**ORDER GRANTING UNOPPOSED HABEAS PETITION**

A File No. 216-474-958

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 filed on November 11, 2026 is deemed unopposed by respondents in accordance with this court's November 17, 2026 order to show cause. IT IS THUS ORDERED that **Volodymyr Semenov (A# 216-474-958)** be released from ICE detention forthwith under a written order of release on recognizance (OREC) with petitioner's signed acknowledgment. Judgment on the § 2241 petition will be entered in petitioner's favor accordingly. Meanwhile, the application for a temporary restraining order or preliminary injunction (ECF 2), to the extent it remains ripe, is denied as moot.

IT IS SO ORDERED.

DATED: November 19, 2026

STEVE KIM
United States Magistrate Judge