**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

VOLODYMYR SEMENOV,
Petitioner,
v.
THOMAS P. GILES, et al.,
Respondents.

Case No. 5:26-cv-06761-SK

**JUDGMENT**

A File No. 216-474-958

Pursuant to the Order Granting Unopposed Habeas Petition, IT IS ADJUDGED that **Volodymyr Semenov (A# 216-474-958)** is to be released from ICE detention forthwith under a written order of release on recognizance (OREC) with petitioner's signed acknowledgment.

DATED: November 19, 2026

STEVE KIM
United States Magistrate Judge